IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WESTERN ALLIANCE TUBULARS LTD. | * |
| Plaintiff, | * |
| v. | * CASE NO. 19-76 |
| | * Admiralty Rule 9(H) |
| M/V BBC ONTARIO, in rem, her engines tackle and apparel, et. al | * |
| v. | * |
| BBC CHARTERING CARRIERS GMBH, & CO. KG.; KREY SCHIFFAHRTS GMBH & CO., KG; AND GRAF EDZARD KG | * |
| Defendants | * |

# COMPLAINT

1. Plaintiff, Western Alliance Tubulars, Ltd., ("Western") by its attorneys, Hand Arendall Harrison Sale LLC, complaining of the M/V BBC Ontario, *in rem*, BBC Chartering Carriers GmbH, ("BBC"), Krey Schiffarhrts, GmbH & Co., KG ("KSGC") and Graf Edzard KG ("GEK"), (collectively "Defendants"), alleges upon information and belief:

**A.**

2. This is an admiralty or maritime claim within the meaning of 28 U.S.C. § 1333 and Rule 9(h) of the Federal Rules of Civil Procedure, or is brought pursuant to 9 U.S.C.A. § 8, for preservation of *in rem* security for arbitration.

**B.**

3. At and during all the times hereinafter mentioned, WESTERN was the consignee and owner of the cargo in question and brings this action on its own behalf and on behalf

of all who may become interested in the cargo. WESTERN had and now has the legal status and principal office and place of business stated in Schedule A attached.

### C.

4.      At and during all the times hereinafter mentioned, BBC, KSGC and GEK had and now have the legal status and offices and places of business stated in Schedule A. They were, and now are, engaged in business as common carriers of merchandise by water for hire, and owned, operated, managed, chartered and controlled the above-named vessel which was within the jurisdiction of this Court during its discharge of the cargo at issue.

### D.

5.      On or about Nov. 21, 2018, at the port of Batam, Indonesia, the M/V BBC ONTARIO and defendants BBC, KSGC and GE received, in good order and condition, the shipment described in Schedule A, which the vessel and defendants BBC, KSGC and GEK accepted and agreed to transport for certain consideration to the Port of Houston, Texas.

### E.

6.      Thereafter, the vessel arrived at the Port of Houston, where the cargo was found short delivered, contaminated by seawater or other aggressive chemical substance, and /or physically damaged, causing monetary damages to Plaintiff as enumerated herein. On information and belief, the vessel and defendants BBC, KSGC and GEK breached, failed and violated their duties and obligations as common carriers and were otherwise at fault. BBC, KSGC and GEK managed and/or controlled the above-named vessel which now is, or will be, within the jurisdiction of this Court.  Plaintiff requests that the court permit service of the *in rem* aspect of this case, while she is in Port in Mobile, Alabama, at Dock C, Alabama State Terminals.

7. Plaintiff further alleges, in the alternative and without waiving the above cause of action, that all defendants were bailees of plaintiff's cargo described in Schedule A. Defendants delivered the cargo described in Schedule A in a damaged condition which did not exist at the time of plaintiff's/bailor's delivery to the bailees as described in Schedule A. Defendants breached their duties and obligations as bailees and were negligent.

**G.**

8. Plaintiff was the shipper, consignee and/or owner of the shipment and brings this action on its own behalf and, as agent and trustee, on behalf of and for the interest of all parties who may be or become interested in the shipment, as their respective interests may ultimately appear, and plaintiff is entitled to maintain this action.

**H.**

9. Plaintiff has duly performed all duties and obligations on its part to be performed.

**I.**

10. By reason of the above-stated premises, plaintiff has sustained damages, as nearly as same can now be estimated, no part of which has been paid although duly demanded, in the amount of TWO MILLION AND 00/100 DOLLARS ($2,000,000.00) for which Plaintiff demands recovery from all defendants, jointly and severally.

**J.**

111. All and singular the premises are true and within the admiralty, maritime, and pendent jurisdiction of the United States and of this Honorable Court.

Wherefore, Plaintiff prays:

1. That summons in due form of law may issue against defendants;

2. That a judgment may be entered in favor of plaintiff against defendants, one or more of them, for the amount of plaintiff's damages together with interest and the costs and disbursements of this action;

3. That process in due form of law according to the practice of this court in causes of admiralty or maritime jurisdiction may issue against said the vessel, her engines, etc., and that all persons having or claiming any interest therein be cited to appear and answer under oath all and singular the matters stated, and this court will be pleased to pronounce a judgment in favor of plaintiff for damages together with interest, costs and disbursements, and the motor vessel may be condemned and sold to pay therefor; and

4. That this court will grant to plaintiff such other and further relief as may be just and proper.

Respectfully submitted,

*/s/ Blane H. Crutchfield*
BLANE H. CRUTCHFIELD (CRU007)
*Attorney for Plaintiff*
*Western Alliance Tubulars, Ltd.*

OF COUNSEL:

HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama  36601
Telephone:  (251) 432-5511
Facsimile:  (251) 694-6375
E-mail:  bcrutchfield@handarendall.com

## **VERIFICATION**

THE STATE OF TEXAS     *
                                      *
COUNTY OF HARRIS     *

Dana K. Martin, being duly sworn, deposes and says:

I am an attorney and member of the firm of Hill Rivkins LLP, attorneys for Plaintiff. I am over twenty-one (21) years of age and fully competent to make this Verification. I have read the foregoing Complaint and know its contents. The Complaint is true to my knowledge, except as to the matters stated in the Complaint to be based on information and belief, and as to those matters, I believe them to be true.

The source of my information and the grounds for my belief as to those matters stated in the Complaint, to be alleged on information and belief, are documents and records in my files.

_____
Dana K. Martin

Subscribed and sworn to before me, the undersigned authority, this 20th day of February, 2019.

_____
Notary Public, State of Texas
My Commission Expires: 8/21/2022

ERICA TORRES
Notary Public, State of Texas
Comm. Expires 08-21-2022
Notary ID 128151596

5

**SCHEDULE A**

**LEGAL STATUS AND PLACE OF BUSINESS OF PARTIES**

Plaintiff, **Western Alliance Tubulars, Ltd.,** was and now is a Canadian corporation with an office and place of business at 4132 78th Avenue NW, Edmonton, Alberta, Canada T6b 3M8.

**M/V BBC ONTARIO** was at all material times a general cargo ship sailing under the Antigua and Barbuda flag.  The vessel was built in 2004, its call sign is V2BI5, and its gross tonnage is 12,711 tons.

Defendant, BBC Chartering Carriers GmbH, ("BBC"), was and now is a foreign corporation, or similar entity, with power to sue and be sued, which regularly does business in Alabama and/or the United States as a common carrier of goods, which does not maintain a designated agent on whom service may be made in Alabama, and thus may be served through Hague Convention Service, F.R.C.P. 4(k)2, or through the Secretary of State of Alabama under the Alabama Long-Arm Statute, in care of its' home office at:

Hafenstrasse 12
26789 Leer,
Ostfriesland, Germany


Defendant, Krey Schiffarhrts, GmbH & Co., KG ("KSGC") was and now is a foreign corporation, or similar entity, with power to sue and be sued, which regularly does business in Alabama and/or the United States as a common carrier of goods, which does not maintain a designated agent on whom service may be made in in Alabama and/or the United States as a common carrier of goods, which does not maintain a designated agent on whom service may be made in Alabama, and thus may be served through Hague Convention Service, F.R.C.P. 4(k)2, or through the Secretary of State of Alabama under the Alabama Long-Arm Statute, in care of its' home office at:

Friesenstrasse 79
26789 Leer,
Ostfriesland, Germany

Defendant, Graf Edzard KG "GEK") was and now is a foreign corporation, or similar entity, with power to sue and be sued, which regularly does business in Alabama and/or the United States as a common carrier of goods, which does not maintain a designated agent on whom service may be made in in Alabama and/or the United States as a common carrier of goods, which does not maintain a designated agent on whom service may be made in Alabama, and thus may be served through Hague Convention Service, F.R.C.P. 4(k)2, or through the Secretary of State of Alabama under the Alabama Long-Arm Statute, in care of its' home office at:

**c/o** Krey Schiffarhrts, GmbH & Co., KG
Friesenstrasse 79
26789 Leer,
Ostfriesland, Germany

### DESCRIPTION OF SHIPMENT

| | |
|---|---|
| Vessel: | M/V BBC Ontario |
| Date of Shipment: | November 21, 2018 |
| Port of Shipment: | Batam, Indonesia |
| Port of Discharge: | Houston, Texas |
| Shipper: | P.T. Tubulars Manufacture |
| Consignee: | Western Alliance Tubulars, Ltd. |
| Description of Shipment: | Steel Pipes |
| Nature of Loss or Damage: | Seawater Rust, Contamination, short delivery and/or physical damage |
| Amount: | $2,000,000.00 (Two Million Dollars, U.S.) |